NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALPHA TECHNOLOGY U.S.A. CORPORATION, DBA FUTURECOW,**
*Plaintiff-Appellee*

**v.**

**MLSNA DAIRY SUPPLY, INC., DBA MTECH DAIRY SOLUTIONS, PHIL MLSNA,**
*Defendants-Appellants*

---

2015-1324

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 3:13-cv-00870-wmc, Judge William M. Conley.

---

## JUDGMENT

---

AMBER N. DAVIS, Beusse, Wolter, Sanks, Mora & Maire, P.A., Orlando, FL, argued for plaintiff-appellee. Also represented by KEVIN W. WIMBERLY, ROBERT L. WOLTER.

MICHAEL T. HOPKINS, IP-LitigationUS, LLC, Milwaukee, WI, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and STOLL, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 12, 2015                          /s/ Daniel E. O'Toole
Date                                       Daniel E. O'Toole
                                           Clerk of Court